TOMOEGAWA U.S.A., INC., PLAINTIFF *v.* UNITED STATES, DEFENDANT

Court No. 82–06–00853

## JUDGMENT

RE, *Chief Judge*: In accordance with the opinion of the United States Court of Appeals for the Federal Circuit in *Tomoegawa U.S.A., Inc. v. United States*, 861 F.2d 1275 (Fed. Cir. 1988), and in accordance with the representations of the parties,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED: that the dry imaging ink and the toner for APECO 620 are classifiable under item 432.25, TSUS, with duty assessed at the rate of 7.9 per centum, and it is further,

ORDERED, ADJUDGED AND DECREED: that the action is dismissed.

Dated: New York, New York, April 5, 1991.

---

[10]The ITA found "numerous discrepancies, errors in methodology and mathematical errors" regarding the third country data submitted by SKF-Sweden and SKF-Italy, and therefore opted to use best information available instead of SKF's third country data in determining FMV. 54 Fed. Reg. at 19,034. Since the Court finds that the determination not to use home market data was not in accordance with law, the Court does not pass judgment on whether the decision to use best information available was correct.